UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER RICHARDSON,

        Plaintiff,                CASE NO.: 8:20-cv-00109-TPB-SPF

vs.

GEOVERA SPECIALTY INSURANCE COMPANY,

        Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CHRISTOPHER RICHARDSON, and Defendant, GEOVERA SPECIALTY INSURANCE COMPANY, by and through their respective counsel, pursuant to this Court's Case Management and Scheduling Order, Section 11 (DE 15) and Local Rule 3.08, hereby gives notice that Plaintiff and Defendant have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request sixty (60) days to finalize the settlement documents and file the proper closing documents with the Court.

*SPACE LEFT INTENTIONALLY BLANK*

**DATED:** June 18, 2021

*s/ Kyle B. Staggs*

Kyle B. Staggs, Esquire
Florida Bar No. 125472
Williams Law, P.A.
Primary: kyle@williamspa.com
1715 W. Cleveland Street
Tampa, FL 33606
Telephone: 813-288-4999
Facsimile: 813-288-4944
*Counsel for Plaintiff*

*s/Kristina L. Marsh*

Kristina L. Marsh, Esquire
Florida Bar No. 311080
Christina M. Flores, Esquire
Florida Bar No. 125966
Gordon Rees Scully Mansukhani
Primary: kmarsh@grsm.com
Primary: cflores@grsm.com
Secondary: kwarrington@grsm.com
Secondary: kstubbs@grsm.com
601 S. Harbour Island Blvd.
Suite 109
Tampa, FL 33602
Direct Line: 813-523-4937
Main Number: 813-444-9700
Facsimile: 813-377-3505
*Counsel for Defendant, GeoVera Specialty Insurance Company*